IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01235-BNB

GREGORY L. TURMAN,

     Applicant,

v.

BRIGHAM SLOAN, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     On August 13, 2012, Applicant filed a motion to amend the caption of the amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 to substitute Warden Brigham Sloan for Warden Michael Miller. The motion to amend (ECF No. 15) will be granted. The caption to this order has been changed to reflect the amendment.

     Dated:  August 14, 2012