IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01235-BNB

GREGORY L. TURMAN,

    Applicant,

v.

BRIGHAM SLOAN, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The "Motion to Impose Forfeitures" [ECF No. 17] and the "Motion to Compel Discovery" [ECF No. 18] filed by Applicant on August 20, 2012, are DENIED. Applicant has not demonstrated that he requires discovery in order to complete his Reply to the Pre-Answer Response, and further, the Court does not have the authority to compel the Colorado Court of Appeals to provide documents to Applicant. Likewise, the Court has no authority to compel the Colorado Department of Corrections to pay a "forfeiture" to Applicant based on his transfer to a different facility.

    Dated: August 21, 2012